IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| GAIL MARIE GAASCH, deceased, and KENNETH H. GAASCH, as next friend and surviving spouse of GAIL MARIE GAASCH, <br><br> Plaintiffs, <br><br> v. <br><br> T. GEORGE STOEV, M.D., COLLIERVILLE MEDICAL SPECIALISTS, PLLC TERRANCE LEE JACKSON, M.D., MEMPHIS GASTROENTEROLOGY GROUP - PC, MARK P. MILLER, M.D., BAPTIST MEMORIAL HOSPITAL - COLLIERVILLE <br><br> Defendants. | No. 2:09-cv-02270-JPM-dkv |

---

**ORDER OF DISMISSAL**

---

Pursuant to the Joint Motion for Order of Dismissal of Baptist Memorial Hospital — Collierville with Prejudice, signed by the Plaintiff Kenneth H. Gaasch and Defendant Baptist Memorial Hospital — Collierville (D.E. 218), filed February 3, 2012, it is hereby ORDERED that Defendant Baptist Memorial Hospital — Collierville is dismissed with prejudice from the above-referenced action.

SO ORDERED this 6th day of February, 2012.

s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE

1