# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**KENNETH H. GAASCH, as next friend
and surviving spouse of GAIL MARIE GAASCH,**

    **Plaintiffs,**

v.                                                                                                                               No. **2:09- cv-02270-tmp**

**MARK P. MILLER, M.D.,**

    **Defendants.**

## ORDER OF DISMISSAL

Pursuant to the Joint Motion for Order of Dismissal of Plaintiff and Defendant Mark P. Miller, M.D., signed by Plaintiff Kenneth H. Gaasch and Defendant Mark P. Miller, M.D. (D.E. 292), filed February 17, 2012, it is hereby

**ORDERED** that Defendant Mark P. Miller, M.D. is hereby dismissed with prejudice from the above referenced action.

Mark P. Miller, M.D. being the sole remaining Defendant in this action, it is further **ORDERED** that this action is hereby dismissed with prejudice in its entirety.

                                                                          s/George Caram Steeh
                                                                       United States District Judge

    Dated:  March 12, 2012